■ VAN BRON CORPORATION, Respondent, v GIER'S FARM SERVICE, INC., et al., Appellants. [710 NYS2d 262] —Appeal unanimously dismissed without costs. Memorandum: Defendants appeal from an order of Supreme Court denying their motion to dismiss this action pursuant to CPLR 3211 (a) (4) on the ground that there is another action pending between the parties for the same cause of action in Supreme Court, Chautauqua County, which was commenced by defendants the day before this action was commenced. After the order was entered, however, the Chautauqua County action was dismissed, and no appeal was taken from the order dismissing that action. Because there is no longer another action pending between the parties for the same cause of action, the issue raised herein is moot. (Appeal from Order of Supreme Court, Cattaraugus County, Cosgrove, J.—Dismiss Pleading.) Present—Pigott, Jr., P. J., Hayes, Wisner and Kehoe, JJ.

■ H. FREDERICK ARNOLD, Respondent, v JACKSON'S GARAGE, INC., et al., Respondents, and POHL TRANSPORTATION, Appellant, et al., Defendant. [710 NYS2d 261] —Order unanimously affirmed without costs (*see, Alcalay v Fleetmark Inc.*, 266 AD2d 118): (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Hayes, Wisner and Kehoe, JJ.

■ In the Matter of GEORGE G. COUCH et al., Appellants, v TOWN OF CAPE VINCENT, Respondent. [710 NYS2d 261] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—CPLR art 78.) Present—Pigott, Jr., P. J., Hayes, Wisner and Kehoe, JJ.